OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**6/10/2015**
**WILSON, LILNIFTY GENERAL   Tr. Ct. No. 2012CR8462-W2      WR-80,647-02**
This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

LILNIFTY GENERAL WILSON
BYRD UNIT - TDC # 1851178
21 FM 247
HUNTSVILLE, TX 77320